FILED
3/3/23 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAISON KELLY,  Bankruptcy No. 23-20371-GLT

    Debtor.  Chapter 13

JAISON KELLY,  Related to Dkt. No. 15

    Movant,
vs.

MARK MCQUAIDE,

    Respondent.

## ORDER

AND NOW, this 3rd day of March 2023, upon consideration of the Emergency Motion to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362 and the Response thereto, and following a hearing on March 2, 2023 at 2:00 PM, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Respondent shall make the real property located at 527 Seavey Road, Pittsburgh, PA 15209, available to the Movant for the purpose of Movant removing his personal property located therein on March 8, 2022 and March 9, 2022 from 9 AM to 9 PM. Any personal property left in the real property after March 9, 2023, will be deemed abandoned.

_____
Gregory L. Taddonio   jah
Chief United States Bankruptcy Judge

Case Administrator to serve:
Debtor
Brian C. Thompson, Esq.
Ryan Cooney, Esq.