IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-20371-GLT |
| | : | Chapter: | 13 |
| Jaison Kelly | : | | |
| | : | | |
| | : | Date: | 2/14/2024 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

***MATTER:*** #116 - Motion for Relief from Stay Filed by Performance Finance
[Response due 1/29/2024]

***APPEARANCES***:
    Debtor: Brent Lemon
    Performance: [no appearance]

***NOTES:*** [10:43]

Court: No CNO filed or appearance by moving party.

***OUTCOME:***

1) For the reasons stated on the record, the *Motion for Relief From the Automatic Stay and Co-Debtor Stay* [Dkt. No. 116] is DENIED without prejudice for failure to prosecute. [Text order].

***DATED:*** 2/14/2024